UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>             Plaintiff,<br><br>     v.<br><br>William Gordon Isaac, Jr.,<br><br>             Defendant. | No. CR-99-00020-RSWL<br><br>ORDER **DENYING** EARLY TERMINATION OF SUPERVISED RELEASE |

On September 24, 2008, Defendant William Gordon Isaac's Motion for Early Termination of Supervised Release; Alternatively Modification of Terms to Permit Unrestricted Travel came on for regular calendar before this Court. Plaintiff, United States of America, appeared through its counsel of record, Assistant United

States Attorney Robert Dugdale, and Defendant Isaac, appeared through his counsel of record, John Passanante. The Court having reviewed all papers submitted pertaining to the motion and considered all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS:**

    Defendant's motion is **DENIED** because good cause for early termination or modification of Defendant's supervised release under 18 U.S.C. 3583(e) has not been shown. Defendant shall remain on supervised release under the terms and conditions as previously ordered.

**IT IS SO ORDERED.**

*Ronald S.W. Lew*
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATE: September 24, 2008